March 17, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

KINGWOOD HOME HEALTH CARE, L.L.C. D/B/A HEALTH SOLUTIONS HOME HEALTH, Appellant

NO. 14-11-00368-CV                        V.

AMEDISYS, INC., D/B/A AMEDISYS TEXAS, LTD, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Amedisys, Inc., d/b/a Amedisys Texas, Ltd, signed February 1, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Kingwood Home Health Care, L.L.C. d/b/a Health Solutions Home Health, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.